IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**JAMES DOUGLAS DOBY, III,**

    *Plaintiff*,

v.                              Case No.: 5:25cv191-MW/MJF

**RICKY DIXON,** *et al.,*

    *Defendants*.

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 8. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 8, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "This case is **DISMISSED without prejudice** for Plaintiff's failure to comply with two court Orders, failure to prosecute, and failure to either pay the filing fee or demonstrate that he qualifies to

proceed *in forma pauperis*." Plaintiff's motion for default judgment, ECF No. 3, is **DENIED as moot**. The Clerk shall close the file.

**SO ORDERED on November 19, 2025.**

<u>s/Mark E. Walker</u>
**United States District Judge**